UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAUL BARAJAS BAUTISA,

        Petitioner,

    v.

Warden, California City Corrections Center et al.,

        Respondents.

Case No.   1:26-cv-03676 (EJD)

**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS**

Re: Dkt. No. 1

The Court is in receipt of Petitioner's Writ of Habeas Corpus ("Petition"). Respondents shall file a response to the Petition within three (3) court days from the date of this Order. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, and any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply within five (5) court days from the date of this Order. Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the Petition is pending. The matter is not set for a hearing, though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

    **IT IS SO ORDERED.**

Dated: May 13, 2026

                                         EDWARD J. DAVILA
                                         United States District Judge

Case No.: 1:26-cv-03676

United States District Court
Northern District of California

1