

United States District Court
Eastern District of California

| Raul Barajas Bautista |
|---|

Plaintiff(s)

Case Number: 1:26-cv-03676-EJD

V.

| Orestes Cruz, et al. |
|---|

APPLICATION FOR PRO HAC VICE
AND ~~PROPOSED~~ ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Armando A. Nunez hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Raul Barajas Bautista

On 05/03/2013 (date), I was admitted to practice and presently in good standing in the

State of Texas (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: 05/13/2026                    Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Armando A. Nunez

Law Firm Name: The Law Offices of Armando A. Nunez

Address: 230 E Hunt St

STE 100

City: McKinney   State: TX   Zip: 75069

Phone Number w/Area Code: (972) 689-3038

City and State of Residence: McKinney, Tx

Primary E-mail Address: armando.nunez@anunezlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Inna Parizher

Law Firm Name: Law Office of Inna Parizher

Address: PO Box 43097

City: Los Angeles   State: CA   Zip: 90043

Phone Number w/Area Code: (310) 630-9499   Bar # 270581

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 14, 2026

EDWARD J. DAVILA
JUDGE, U.S. DISTRICT COURT